GailAnn Y. Stargardter (SBN 250749)
    gstargardter@lslawoffices.com
LEHAVI STARGARDTER, LLP
P.O. Box 5973
Orange, CA 92863
T: (949) 570-9575
F: (949) 570-9580

Attorneys for Plaintiff, Atain Specialty Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>RANCHO FRESCO MODESTO, INC., a California corporation; JOHNNY SANCHEZ, an individual; ALFREDO ALBOR, JR., an individual; ROBERT BERNAL, an individual,<br><br>Defendant. | CASE NO.   2:24-cv-02897-AC<br><br>**[PROPOSED] ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS ALFREDO ALBOR, JR. AND ROBERT BERNAL WITH PREJUDICE** |

THE COURT, having reviewed the Stipulation filed by Plaintiff ATIN SPECIALTY INSURANCE COMPANY and Defendants RANCHO FRESCO MODESTO, INC., JOHNNY SANCHEZ, ALFREDO ALBOR, JR. and ROBERT BERNAL and finding good cause, Defendants ALFREDO ALBOR, JR., an individual, and ROBERT BERNAL, an individual, are hereby **dismissed with prejudice**, with each party bearing that party's own attorney's fees and costs..

**IT IS SO ORDERED.**

Dated: August 19, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE