1  GailAnn Y. Stargardter (SBN 250749)
        gstargardter@lslawoffices.com
2  LEHAVI STARGARDTER, LLP
   P.O. Box 5973
3  Orange, CA 92863
   T: (949) 570-9575
4  F: (949) 570-9580

5  Attorneys for Plaintiff, Atain Specialty Insurance
   Company

6

7  Jackrun S. Sodhi, Esq.
   SODHI LAW GROUP
8  1030 15th Street
   Modesto, CA 95354
9  (209) 900-8200
   E-Mail: Jak@sodhilawgroup.com

10 Attorneys for Defendant Rancho Fresco Modesto,
   Inc.

11

12 Brad Snyder, Esq.
   SNYDER LAW FIRM, PLC
13 20969 Ventura Blvd., Suite 228
   Woodland Hills, CA 91365
14 (818) 706-0077
   E-Mail: brad@snyderlawfirmplc.com

15 Attorneys for Defendant Johnny Sanchez

16                    **UNITED STATES DISTRICT COURT**

17                   **EASTERN DISTRICT OF CALIFORNIA**

18

19 | ATAIN SPECIALTY INSURANCE | CASE NO.    2:24-cv-02897-AC |
   | COMPANY, a Michigan corporation, | |

20 | | **STIPULATION AND (~~Proposed~~) ORDER TO EXTEND CASE DEADLINES** |
   |            Plaintiff, | |

21 | | |
   |        v. | **(Fed. R. Civ. P. 6 , Local Rule 144 and Fed. R.** |

22 | | **Civ. 83, Local Rule 143)** |
   | RANCHO FRESCO MODESTO, INC., a | |

23 | California corporation; JOHNNY SANCHEZ, an | Judge: Hon. Allison Claire |
   | individual, | |

24 | | |
   |            Defendants. | |

25

26        Pursuant to the provisions of Federal Rules of Civil Procedure, as well as the agreement of

27 Plaintiff Atain Specialty Insurance Company ("Atain") and Defendants Rancho Fresco Modesto, Inc.

28 ("Rancho Fresco") and Johnny Sanchez ("Sanchez"), and their respective counsel of record, hereby

1  stipulate as follows:

2     1.     Plaintiff Atain filed its Complaint for Declaratory Relief For Recission And

3  Reimbursement on 10/21/2024 (Dkt. 1).

4     2.     Defendant Rancho Fresco filed its Answer on December 2, 2024 (Dkt. 8).

5     3.     Defendant Sanchez filed his Answer on December 11. 2024 (Dkt. 13).

6     4.     The parties filed a Joint Scheduling Report on May 23, 2025 (Dkt. 28).

7     5.     Atain submitted initial disclosures including all relevant documents on May 28, 2025.

8  Rancho Fresco submitted initial disclosures on May 28, 2025. Sanchez submitted his initial disclosures

9  on May 28, 2025.

10    6.     This case was reassigned to Judge Allison Claire on June 16, 2025 (Dkt. 31).

11    7.     On June 18, 2025, Judge Claire issued a Pre-Trial Scheduling Order setting the following

12  deadlines (Dkt. 33):

13    Fact Discovery Cut-Off—January 1, 2026

14    Motions to Compel Discovery heard no later than December 11, 2025

15    Initial Expert Disclosures—January 1, 2026

16    Rebuttal Expert Disclosures—February 1, 2026

17    Expert Discovery Cut Off—March 1, 2026

18    All Law And Motion Except Discovery Completed by March 1, 2026

19    Pre-Trial Conference Statement—June 3, 2026

20    Final Pre-Trial Conference—June 10, 2026

21    Jury Trial—August 3, 2026

22    8.     The parties attended a Settlement Conference with Judge Delaney on August 4, 2025, but

23  the case did not settle (Dkt.39).

24    9.     Shortly thereafter, the case as to Defendants Albor and Bernal settled and they were

25  dismissed, with prejudice and without costs (Dkt. 41).

26    10.    The parties have completed written discovery.

27    11.    On December 3, 2025, counsel for Sanchez timely notified counsel for Atain and Rancho

28  Fresco that he wished to schedule depositions of seven witnesses disclosed by Atain and the two

STIPULATION AND ORDER TO EXTEND          2          Case No. 2:24-cv-02897-AC
CASE DEADLINES

1    principals of Rancho Fresco, prior to the January 1, 2026 fact discovery cut off.

2        12.    Counsel for Atain has a pre-paid vacation and will be out of the country from December

3    17, 2026 through January 4, 2026 and due to pre-set matters in other cases, has limited availability to

4    schedule depositions. Additionally, due to pre-planned vacations, several of the witnesses identified by

5    Atain are not available between December 4, 2025 and January 1, 2026.

6        13.    Additionally, counsel for Atain is set to undergo a surgical procedure on January 26,

7    2026 with a conservative estimated recovery period of at least two weeks.

8        14.    The parties have met and conferred and given the above scheduling issues have agreed to

9    stipulate to the extension of the deadlines in this case as follows:

10        Deposition Cut-Off—February 27, 2026

11        Initial Expert Disclosures—March 1, 2026

12        Rebuttal Expert Disclosures—March 15, 2026

13        Expert Discovery Cut Off—April 1, 2026

14        All Law And Motion Except Discovery Completed by June 10, 2026

15        Pre-Trial Conference Statement—July 29, 2026

16        Final Pre-Trial Conference—August 7, 2026

17        Jury Trial—August 31, 2026

18        15.    There have been no prior request for an extension of the Pre-Trial Scheduling Order.

19        16.    The parties, through their counsel, respectfully request this Court extend the Case

20    Deadlines as requested above or on other dates as the Court deems appropriate.

21        Respectfully submitted,

22     Dated:    December 5, 2025               LEHAVI STARGARDTER, LLP

23                              By:    */s/GailAnn Y. Stargardter*
                                  GailAnn Y. Stargardter

24    
25                                      Attorneys for Plaintiff, Atain Specialty
                                  Insurance Company

26    / / /

27    / / /

28    / / /

1

Dated:     December 5, 2025                          SNYDER LAW FIRM

2
                                                 By:    /s/Brad Snyder
                                                        Brad Snyder
3
                                                        Attorneys for Defendant, Johnny Sanchez
4

5

Dated:     December 5 2025                           SODHI LAW GROUP

6
                                                 By:    /s/Jakrum S. Sodhi
                                                        Jakrum S. Sodhi
7
                                                        Attorneys for Defendant Rancho Fresco
8                                                       Modesto, Inc.

9
                              **SIGNATURE ATTESTATION**
10
        I, GailAnn Y. Stargardter, am the ECF user whose ID and password are being used to file the
11
above documents. I attest that concurrence in the filing of this document has been obtained from the
12
other signatories.
13
Dated: December 5, 2025
14

15
                                                 /s/GailAnn Y. Stargardter
                                                 GailAnn Y. Stargardter
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2    Pursuant to the provisions of Federal Rules of Civil Procedure, Rules 6 and 83, Local Rules 144

3    and 143,  as well as the agreement of Plaintiff Atain Specialty Insurance Company and Defendants Rancho

4    Fresco Modesto, Inc. and Johnny Sanchez,  through their respective counsel of record, IT IS HEREBY

5    ORDERED:

6        That the extension of the deadlines in this case as follows:

7            Deposition Cut-Off—February 27, 2026

8            Initial Expert Disclosures—March 1, 2026

9            Rebuttal Expert Disclosures—March 15, 2026

10            Expert Discovery Cut Off—April 1, 2026

11            All Law And Motion Except Discovery Completed by June 10, 2026

12            Pre-Trial Conference Statement—July 29, 2026

13            Final Pre-Trial Conference—August 7, 2026

14            Jury Trial—August 31, 2026.

15

16

17    DATED: December 8, 2025

18    _____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND          5          Case No. 2:24-cv-02897-AC
CASE DEADLINES